UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICHOLAS KOLLIAS

                          Plaintiff(s),

                                ***MEDIATION CERTIFICATION***

                                    18 - cv - 06566

                v.

UNIVERSITY OF ROCHESTER

                          Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _1/11/19_.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☑ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** 01/16/2019                          ***Mediator:*** /S/ William G. Bauer

***Additional Comments:***
_____
_____
_____