

February 3, 2023

**Attorneys At Law**
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach†
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Nicholas A. Romano
Seth A. Hiser†
Bryan P. Kroetsch
Andrew M. Debbins
Kelly E. Riley
Christina M. Eaton
Tyler J. Gately


**Paralegals**
John P. Kromer
Nancy Pelham, R.N.
Margaret Dickey, R.N.
Julie M. Scott, L.P.N.
Suzanne M. Pieszak, R.N.
Kathleen V. Kubicki, R.N.
Irene A. McNeill, R.N.
Rachel M. Valkwitch
Molly K. Muffoletto
Emily J. Gay

* *Also admitted in District of Columbia*

† *Also admitted in Pennsylvania*

*Via CM/ECF and E-Mail*

Hon. Marian W. Payson
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, New York 14614

    Re:   *Nicholas Kollias v. University of Rochester*
           Case No. 6:18-cv-06566-FPG

Dear Judge Payson:

On January 19, 2023, the defendant filed and served its motion for summary judgment. Under the current schedule, Docket Item 45, the plaintiff's response to the defendant's motion for summary judgment is due March 24, 2023. I am planning to take several weeks of family leave before that date. Therefore, the plaintiff has requested, and the defendant has agreed, that good cause exists to modify the briefing schedule as follows:

1. Plaintiff to file his response to the defendant's motion for summary judgment on or before May 12, 2023; and
2. Defendant to file its reply on or before June 2, 2023.

We do not anticipate this extension necessitating adjustment of any other deadlines. If this schedule is acceptable to the Court, we ask that it be So Ordered. We are available at the Court's convenience to answer any questions, and, as always, appreciate the Court's consideration.

Respectfully,

Andrew M. Debbins

cc:   Thomas E. Reidy, Esq.
       Joshua M. Agins, Esq.